

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| CAROLE A. GULLY, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 4:05CV00017RWS |
| GRACE HILL SETTLEMENT HOUSE, | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

COMES NOW plaintiff, Carole Gully, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and, by stipulation of defendant, hereby dismisses this action with prejudice, each party to bear its own costs.

Respectfully submitted,

By: _____
Carole Gully
1444 Cove Lane
Spanish Lake, MO 63138
Telephone: (314) 741-1160

Plaintiff Pro Se

BRYAN CAVE LLP

By: _____
Hollye Stolz Atwood, #4476
Timothy C. Mooney, Jr., USDC #85574
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102-2750
(314) 259-2000
(314) 259-2020 (fax)

Attorneys for Defendant